

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-19-00052-CV

**IN RE** Phillip **DANDY**

Original Mandamus Proceeding[1]

**ORDER**

On January 29, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 1, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-11412, styled *Daniel Uro v. Lyft, Inc. v. Phillip N. Dandy*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.